## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| vs. | ) | Case No. 1:18-cv-08345 |
| | ) | |
| | ) | Hon. Feinerman |
| KIMPTON HOTEL & RESTAURANT GROUP, LLC dba KIMPTON GRAY HOTEL, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, KIMPTON HOTEL & RESTAURANT GROUP, LLC dba KIMPTON GRAY HOTEL hereby give Notice that the Parties have reached an agreement for settlement in principle, and are in the process of finalizing the settlement documents. The Parties respectfully request that all deadlines and scheduled appearances before the Court be stricken in order to allow the Parties time to finalize the settlement documents and to file the proper pleadings to close out this matter. The Parties anticipate filing a stipulation to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) within the next 10 business days.

April 4, 2019

                                                  Respectfully submitted,

                                                  KIMPTON HOTEL & RESTAURANT GROUP,
                                                  LLC dba KIMPTON GRAY HOTEL

                                                  By: s/ Kevin A. Fritz
                                                  Kevin A. Fritz, Esq.
                                                  SEYFARTH SHAW LLP

233 S. Wacker St., Suite 8000
Chicago, Illinois 60606
kfritz@seyfarth.com
(312) 460-5000

HOWARD COHAN

By: s/ Robert M. Kaplan
Robert M. Kaplan, Esq.
Law Offices of Robert M. Kaplan, P.C.
1535 W. Schaumburg Road, Suite 204
Schaumburg, IL 60194
marshall@mjburtlaw.com
(847) 895-9151

56001812v.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 4, 2019, he caused the foregoing **NOTICE OF SETTLEMENT** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the following counsel of record via electronic mail/notice of filing:

> Robert M. Kaplan, Esq.
> Law Offices of Robert M. Kaplan, P.C.
> 1535 W. Schaumburg Road, Suite 204
> Schaumburg, IL 60194
> marshall@mjburtlaw.com
> (847) 895-9151

s/ Kevin A. Fritz

56001812v.1