UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | INJUNCTIVE RELIEF SOUGHT |
| | ) | |
| vs. | ) | Case No. 1:18-cv-08345 |
| | ) | |
| | ) | Hon. Feinerman |
| KIMPTON HOTEL & RESTAURANT | ) | |
| GROUP, LLC dba | ) | |
| KIMPTON GRAY HOTEL, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO DISMISS**

Plaintiff, Howard Cohan and Defendant, KIMPTON HOTEL & RESTAURANT GROUP, LLC dba KIMPTON GRAY HOTEL, having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's dismissing this action with prejudice.

Dated: April 18, 2019

Respectfully submitted,

| | |
|---|---|
| **ROBERT M. KAPLAN, P.C.** | **KEVIN FRITZ** |
| Counsel for Plaintiff | Counsel for Defendant |
| 1535 W. Schaumburg Rd., #204 | Seyfarth Shaw LLP |
| Schaumburg, IL 60194-4052 | 131 S. Dearborn Street, Suite 2400 |
| Telephone (847) 895-9151 | Telephone: (312) 460-5586 |
| | |
| By:  /s/ Robert M. Kaplan   | By: /s/ Kevin Fritz                  |
| Robert M. Kaplan, IL Bar No. 6206215 | Kevin Fritz, |
| rmkap@robertkaplanlaw.com | KFritz@seyfarth.com |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 18, 2019, he caused the foregoing **JOINT STIPULATION TO DISMISS** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system, which will serve a true and correct copy of the same upon the following counsel of record via electronic mail/notice of filing:

>**KEVIN FRITZ**
>Counsel for Defendant
>Seyfarth Shaw LLP
>131 S. Dearborn Street, Suite 2400
>Telephone: (312) 460-5586
>Facsimile: (312) 460-7586
>KFritz@seyfarth.com

/s/ Robert M. Kaplan

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com